**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6761**

———————

WINFRED GIBSON,

                                        Petitioner - Appellant,

         versus

RICKIE HARRISON, Warden of Kershaw Correction-
al Institution; ATTORNEY GENERAL OF THE STATE
OF SOUTH CAROLINA,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Charles E. Simons, Jr., Senior Dis-
trict Judge.  (CA-98-2453-4-6AK)

———————

Submitted:  July 22, 1999          Decided:  July 27, 1999

———————

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Winfred Gibson, Appellant Pro Se.  Derrick K. McFarland, OFFICE OF
THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Winfred Gibson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Gibson v. Harrison, No. CA-98-2453-4-6AK (D.S.C. May 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2